JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
JUDSON E. LOBDELL (BAR NO. 146041)
JLobdell@mofo.com
MARK R.S. FOSTER (BAR NO. 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:     415-268-7000
Facsimile:     415-268-7522

ANNA ERICKSON WHITE (BAR NO. 161385)
AWhite@mofo.com
STEPHANIE L. ZELLER (BAR NO. 223693)
SZeller@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:     650-813-5600
Facsimile:     650-494-0792

Attorneys for Defendants and Nominal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL WATKINS, Derivatively on Behalf of Yahoo! Inc., <br><br> Plaintiff, <br><br> v. <br><br> TERRY S. SEMEL, SUSAN L. DECKER, ARTHUR H. KERN, JERRY YANG, ERIC HIPPEAU, EDWARD R. KOZEL, ROBERT A. KOTICK, ROY J. BOSTOCK, GARY L. WILSON, RONALD W. BURKLE, VYOMESH JOSHI, and DOES 1-25, INCLUSIVE, <br><br> Defendants, <br><br> -and- <br><br> YAHOO! INC., a Delaware Corporation, <br><br> Nominal Defendant. | **DERIVATIVE ACTION** <br><br> Case No. CV 08-02359 PJH <br><br> **NOTICE OF LODGMENT** <br><br> **[CIVIL L.R. 3-12]** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF LODGMENT

Please take notice that the attached Stipulation and [Proposed] Order Reassigning Case was electronically filed today in the action captioned *Brodsky v. Yahoo!, Inc.*, *et al.*, Case No. CV 08-02150 CW (N.D. Cal.), pursuant to Civil Local Rules 3-12 and 7-11, and General Order 44. *See* Exhibit 1.


Dated:  May 16,  2008                    MORRISON & FOERSTER LLP

                                         By:  /s/ Anna Erickson White [e-filing signature]

                                              Attorneys for Defendants and
                                              Nominal Defendant

1

## ECF ATTESTATION

2

3       I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file:

4       **NOTICE OF LODGMENT**

5       In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White has

6   concurred in this filing.

7       Dated:  May 16, 2008          MORRISON & FOERSTER LLP

8                                        By:/s/ Mark R.S. Foster [e-filing signature]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1   JORDAN ETH (BAR NO. 121617)
    JEth@mofo.com
2   JUDSON E. LOBDELL (BAR NO. 146041)
    JLobdell@mofo.com
3   MARK R.S. FOSTER (BAR NO. 223682)
    MFoster@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105
    Telephone:     415-268-7000
6   Facsimile:     415-268-7522

7   ANNA ERICKSON WHITE (BAR NO. 161385)
    AWhite@mofo.com
8   MORRISON & FOERSTER LLP
    755 Page Mill Road
9   Palo Alto, California  94304
    Telephone:     650-813-5600
10  Facsimile:     650-494-0792

11  Attorneys for Defendant Yahoo! Inc., Terry S. Semel, Susan L.
    Decker, Farzad Nazem, and Daniel Rosensweig

12

                    UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  | IN RE: YAHOO! INC. | **CLASS ACTION** |

    Case No. CV 08-02150 CW

17  ELLEN ROSENTHAL BRODSKY, on Behalf
    of Herself and All Others Similarly Situated,        **STIPULATION AND [PROPOSED]**
18                                                        **ORDER REASSIGNING CASE**
                                    Plaintiffs,
19                    v.                                 **[CIVIL L.R. 3-12, 7-11]**

20  YAHOO! INC., TERRY S. SEMEL, SUSAN L.
    DECKER, FARZAD NAZEM, and DANIEL
21  ROSENSWEIG,

22                                  Defendants.

23

24

    This Document Relates To:  All Actions
25

26

27

28

**STIPULATION**

Pursuant to Civil L.R. 3-12 and 7-11, and General Order 44, the parties in the shareholder derivative action captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.) ("*Watkins*"), through their undersigned counsel, agree that *Watkins*, having already been ordered related to this action, should, therefore, be reassigned from the Honorable Phyllis J. Hamilton to the undersigned Judge.

1.      This action was filed in the United States District Court for the Central District of California on May 11, 2007.

2.      *Watkins* was filed in the Central District of California on June 14, 2007.

3.      Counsel for Defendants in this action also represent the defendants in *Watkins*.

4.      The plaintiff in *Watkins* is represented by Frank J. Johnson and Francis A. Bottini, Jr. of Johnson Bottini, LLP.

5.      On July 3, 2007, the Honorable Christina A. Snyder of the Central District of California consented to a low-number transfer of *Watkins* to her calendar, pursuant to Central District General Order 224, on the grounds that *Watkins*, this action, and other actions filed against Yahoo! before Judge Snyder "[a]rise from the same or closely related transactions, happenings or events"; "[c]all for determination of the same or substantially related or similar questions of law and fact"; and "[f]or other reasons would entail substantial duplication of labor if heard by different judges." Attachment A is a copy of the July 3, 2007 Order.

6.      On August 27, 2007, October 1, 2007, and November 29, 2007, the parties in *Watkins* stipulated that *Watkins* should be coordinated with this action "in the interests of judicial economy." Attachments B, C, and D are copies of each stipulation.

7.      On April 15, 2008, the defendants in *Watkins* moved to transfer *Watkins* to this Court under 28 U.S.C. § 1404(a).

8.      On April 29, 2008, Judge Snyder granted the defendants' motion to transfer *Watkins* to this Court on the grounds that: (1) the parties agreed that *Watkins* should be transferred to this Court, and (2) *Watkins* is related to this action which was transferred to this Court on March 10, 2008.

1    9.    On April 30, 2008, the clerk for the Central District of California transmitted the

2    files for *Watkins* to this Court.

3    10.    On May 7, 2008, *Watkins* was assigned to the Honorable Jeffrey S. White.

4    11.    On May 13, 2008, Judge White recused himself from *Watkins*.

5    12.    On May 14, 2008, *Watkins* was reassigned to the Honorable Phyllis J. Hamilton.

6    13.    For the reasons set out above, the parties stipulate and agree that *Watkins*, having

7    already been ordered related to this action, should, therefore, be reassigned to the undersigned

8    Judge.

9

10   Dated:  May 16, 2008          MORRISON & FOERSTER LLP

11                                 By:  /s/ Anna Erickson White [e-filing signature]

12                                      Attorneys for Defendants Yahoo! Inc., Terry S. Semel,
                                        Susan L. Decker, Farzad Nazem, and Daniel
13                                      Rosensweig and all Defendants in *Watkins v. Semel*,
                                        Case No. CV 08-02359 PJH

14

15   Dated:  May 16, 2008          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

16                                 By: /s/ Spencer A. Burkholz [e-filing signature]

17                                      Attorneys for Plaintiffs

18

19   Dated:  May 16, 2008          JOHNSON BOTTINI, LLP

20

21                                 By: /s/ Francis A. Bottini, Jr. [e-filing signature]

22                                      Attorneys for Plaintiff in *Watkins v. Semel*,
                                        Case No. CV 08-02359 PJH

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          Pursuant to the parties' stipulation and good cause appearing, this Court finds that the

3   action presently captioned *Watkins v. Semel, et al.*, Case No. CV 08-02359 PJH (N.D. Cal.),

4   having already been ordered related to this action, should be reassigned to the undersigned Judge.

5          **IT IS SO ORDERED.**

6

7   Date: _____, 2008

8

9                                     _____
                                                  CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**<u>ECF ATTESTATION</u>**

3

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

4

**STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE**

5

6

In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White,

7

Spencer A. Burkholz, and Francis A. Bottini, Jr. have concurred in this filing.

8

Dated:  May 16, 2008                    MORRISON & FOERSTER LLP

9

By: /s/ Mark R.S. Foster [e-filing signature]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# Attachment A

ORIGINAL

FILED
CLERK, U.S DISTRICT COURT

JUL - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jill Watkins, etc.

Plaintiff(s),

v.

Terry S. Semel, et al.

Defendant(s).

CASE NUMBER:

CV 07-3882-AHM(SHx)

### ORDER RE TRANSFER PURSUANT
### TO GENERAL ORDER 224
### ( Related Cases )

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____          _____ Christina A. Snyder
Date                             United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____          _____
Date                             United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 05-4588-CAS(FMOx) _____ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____ Hillman _____ to Magistrate Judge_____ Olguin _____.

On all documents subsequently filed in this case, please substitute the initials ___CAS(FMOx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-3882-CAS(FMOx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern·  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (07/05)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases )

JUN 2 8 2007                              ENTERED ON CM 7/3/7

# Attachment B

COPY

1   JOHNSON BOTTINI, LLP
    Frank J. Johnson (CSB 174882)
2   Francis A. Bottini, Jr. (CSB 175783)
    655 West Broadway, Suite 1400
3   San Diego, California 92101
    Telephone: (619) 230-0063
4   Facsimile:   (619) 233-5535

6   Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

LODGED

2007 AUG 28  AM 11:46
CLERK U.S. DISTRICT
CENTRAL DIST. OF
LOS ANGELES
BY

9

10                          UNITED STATES DISTRICT COURT

                            CENTRAL DISTRICT OF CALIFORNIA

                                WESTERN DIVISION          **File by Fax**

11  JILL WATKINS, Derivatively On Behalf of )  Case No.  CV07-03882 AHM (SHX)
    YAHOO! INC.,                            )
12                                          )  **STIPULATION REGARDING**
                       Plaintiff,           )  **FILING OF AMENDED**
13                                          )  **COMPLAINT AND**
              vs.                           )  **DEFENDANTS' RESPONSE**
14                                          )  **THERETO**
    TERRY S. SEMEL,                         )
15  SUSAN L. DECKER,                        )
    ARTHUR H. KERN,                         )
16  JERRY YANG,                             )
    ERIC HIPPEAU,                           )
17  EDWARD R. KOZEL,                        )
    ROBERT A. KOTICK,                       )
18  ROY J. BOSTOCK,                         )
    GARY L. WILSON,                         )
19  RONALD W. BURKLE, and                   )
    VYOMESH JOSHI,                          )
20                                          )
                       Defendants,          )
21                                          )
              -and-                         )
22                                          )
    YAHOO! INC., a Delaware corporation,    )
23                                          )
                       Nominal Defendant.   )
24  _____)

25

26

27

28
                                              STIPULATION REGARDING FILING OF
                                              AMENDED COMPLAINT AND DEFENDANTS'
                                                              RESPONSE THERETO

1         Pursuant to Civil Local Rule 7-1, the parties hereby stipulate, subject to the

2     Court's approval, as follows:

3         WHEREAS, Plaintiff filed a derivative complaint in this Court on June 14,

4     2007, against Nominal Defendant Yahoo! Inc., and several Individual Defendants

5     (collectively "Defendants");

6         WHEREAS, two related securities fraud class actions were also filed against

7     Yahoo! Inc., Terry Semel and Mary Decker: *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-

8     03125-CAS-FMO; and *Hacker v. Yahoo! Inc.*, No. 2:07-cv-03902-ODW-JJW;

9         WHEREAS, by Order dated July 3, 2007, the Court ruled that this Action is

10    related to the class actions and transferred this case to the Honorable Christina A.

11    Snyder;

12        WHEREAS, a hearing was held in the related class actions on August 20, 2007,

13    at which the Court ordered the related class actions consolidated pursuant to Rule 42

14    of the Federal Rules of Civil Procedure and appointed Pension Trust Fund for

15    Operating Engineers and Pompano Beach Police & Firefighters' Retirement System to

16    be lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995;

17        WHEREAS, the parties in the related class actions are in the process of

18    scheduling the filing of a consolidated class action complaint, anticipated motions to

19    dismiss and other matters;

20        WHEREAS, the parties to this Action agree that this Action should be

21    coordinated with the related class actions in the interests of judicial economy;

22        THEREFORE, in order to provide for the orderly and efficient litigation of this

23    case and the related consolidated class actions, the parties hereby stipulate as follows:

24        1.    No Defendant is required to respond to the current operative complaint in

25    this Action;

26        2.    Plaintiff shall have up to and including October 31, 2007, to file an

27    amended complaint;

28    ──────────────────────────────────────────────

-1-

**STIPULATION REGARDING FILING OF
AMENDED COMPLAINT AND DEFENDANTS'
RESPONSE THERETO**

3.     If Plaintiff files an amended complaint, then Defendants shall have thirty days from the date of the filing of the amended complaint to answer or otherwise respond to the amended complaint;

4.     If Plaintiff fails to file an amended complaint by October 31, 2007, then Defendants shall answer or otherwise respond to Plaintiff's original complaint by November 30, 2007.

IT IS SO STIPULATED.

Dated: August 27, 2007

_Francis A. Bottini, jr. / jd_

FRANCIS A. BOTTINI, JR.

JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, California 92101

Attorney for Plaintiff Jill Watkins

Dated: August 27, 2007

_J Eth / jd_

JORDAN ETH

MORRISON & FOERSTER
425 Market Street
San Francisco, California 94105

Attorney For Defendants Terry S.
Semel, Susan L. Decker, Arthur H.
Kern, Jerry Yang, Eric Hippeau,
Edward R. Kozel, Robert A. Kotick,
Roy J. Bostock, Gary L. Wilson,
Ronald W. Burkle, Vyomesh Joshi,
And Nominal Defendant Yahoo!, Inc.

**IT IS SO ORDERED.**

Dated: 8/28/07

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION REGARDING FILING OF
AMENDED COMPLAINT AND DEFENDANTS'
RESPONSE THERETO

# Attachment C

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

____ Priority
_X__ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

11 Attorneys for Nominal Defendant Yahoo! Inc. and Defendants Terry
   S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau,
12 Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson,
   Ronald W. Burkle, and Vyomesh Joshi

13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

                            WESTERN DIVISION

16 JILL WATKINS, Derivatively On Behalf of )  Case No.  CV07-03882 CAS (FMOx)
   YAHOO! INC.,                            )
17                                         )
                    Plaintiff,             )
18                                         )  STIPULATION AND
        vs.                                )  [PROPOSED] ORDER
19                                         )  REGARDING (1) THE FILING
   TERRY S. SEMEL, SUSAN L. DECKER,        )  OF AN AMENDED COMPLAINT
20 ARTHUR H. KERN, JERRY YANG,             )  AND (2) DEFENDANTS'
   ERIC HIPPEAU, EDWARD R. KOZEL,          )  RESPONSES
21 ROBERT A. KOTICK, ROY J.                )
   BOSTOCK, GARY L. WILSON,                )
22 RONALD W. BURKLE, and VYOMESH           )
   JOSHI,                                  )
23                                         )
                    Defendants,            )
24                                         )
        -and-                              )
25                                         )
   YAHOO! INC., a Delaware corporation,    )
26                                         )
                    Nominal Defendant.     )
27

28

sf-2397377

1       Pursuant to Civil Local Rules 7-1 and 52-9, the parties, through their counsel of
2  record, hereby stipulate as follows:

3       1.      Plaintiff filed her derivative complaint in this Court on June 14, 2007, on
4  behalf of Nominal Defendant Yahoo! Inc., and against eleven Individual Defendants
5  (collectively "Defendants").

6       2.      This action is related to the consolidated securities fraud class action
7  filed against Yahoo! Inc., Terry S. Semel, and Susan L. Decker and captioned
8  *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-03125-CAS-FMOx (the "Class Action").

9       3.      On August 20, 2007, this Court appointed a lead plaintiff and lead
10 counsel for the Class Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B) of the
11 Securities Exchange Act of 1934, as amended.

12      4.      On August 29, 2007, this Court granted the parties' stipulation
13 providing that Plaintiff would have up to and including October 31, 2007 to file an
14 amended complaint in light of the parties' agreement that this Action should be
15 coordinated with the Class Action in the interests of judicial economy.

16      5.      On October 1, 2007, the parties in the Class Action submitted a
17 scheduling stipulation for the Court's approval. That stipulation sets forth a
18 proposed schedule for the filing of a consolidated amended complaint in the Class
19 Action, and a briefing schedule for Defendants' motions to dismiss.

20      6.      The parties in this Action continue to believe that this Action should
21 be coordinated with the Class Action in the interests of judicial economy and agree
22 to the following schedule, subject to the Court's approval:

23          a.      Plaintiff shall file her Amended Complaint on or before
24              December 3, 2007.

25          b.      Defendants shall have until February 1, 2008 to respond to the
26              Amended Complaint.

27
28
                                    -1-            STIPULATION AND [PROPOSED] ORDER
                                                   CASE NO. CV07-03882 CAS (FMOx)

1        c.     If Defendants respond to the Amended Complaint by filing

2              motions to dismiss, Plaintiffs shall file any oppositions on or

3              before March 17, 2008.

4        d.     If Defendants file motions to dismiss, Defendants shall file any

5              reply briefs on or before April 14, 2008.

6        e.     Any motions to dismiss shall be noticed for hearing on

7              Monday, April 28, 2008, at 10:00 a.m.

8

9  Dated: October **3**, 2007     MORRISON & FOERSTER LLP

10

11                 By:

12                          JORDAN ETH

13               Attorneys for Nominal Defendant Yahoo! Inc.,

14               and Defendants Terry S. Semel, Susan L.
                    Decker, Arthur H. Kern, Jerry Yang, Eric

15               Hippeau, Edward R. Kozel, Robert A. Kotick,
                    Roy J. Bostock, Gary L. Wilson, Ronald W.

16               Burkle, and Vyomesh Joshi

17  Dated: October **1**, 2007     JOHNSON BOTTINI, LLP

18

19                 By:

20                       FRANK JOHNSON

21               Attorneys for Plaintiff Jill Watkins

22

23  **IT IS SO ORDERED.**

24

25       OCT - 5 2007         CHRISTINA A. SNYDER
  Dated:

26                    CHRISTINA A. SNYDER
                    UNITED STATES DISTRICT JUDGE

27

28

               -2-          STIPULATION AND [PROPOSED] ORDER
                                CASE No. CV07-03882 CAS (FMOx)

# Attachment D

1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 Attorneys for Nominal Defendant Yahoo! Inc. and Defendants Terry
   S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau,
12 Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson,
   Ronald W. Burkle, and Vyomesh Joshi

13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

16 JILL WATKINS, Derivatively On Behalf of    )  Case No.  CV07-03882 CAS (FMOx)
   YAHOO! INC.,                               )
17                                            )
                    Plaintiff,                )  STIPULATION AND
18                                            )  [PROPOSED] ORDER
         vs.                                  )  REGARDING (1) THE FILING
19                                            )  OF AN AMENDED COMPLAINT
   TERRY S. SEMEL, SUSAN L. DECKER,           )  AND (2) DEFENDANTS'
20 ARTHUR H. KERN, JERRY YANG,                )  RESPONSES
   ERIC HIPPEAU, EDWARD R. KOZEL,             )
21 ROBERT A. KOTICK, ROY J.                   )
   BOSTOCK, GARY L. WILSON,                   )
22 RONALD W. BURKLE, and VYOMESH              )
   JOSHI,                                     )
23                                            )
                    Defendants,               )
24                                            )
         -and-                                )
25                                            )
   YAHOO! INC., a Delaware corporation,       )
26                                            )
                    Nominal Defendant.        )
27

28

sf-2429492

1  Pursuant to Civil Local Rules 7-1 and 52-9, the parties, through their counsel of

2  record, hereby stipulate as follows:

3  1.   Plaintiff filed her derivative complaint in this Court on June 14, 2007, on

4  behalf of Nominal Defendant Yahoo! Inc., and against eleven Individual Defendants

5  (collectively "Defendants").

6  2.   This action is related to the consolidated securities fraud class action

7  filed against Yahoo! Inc., Terry S. Semel, and Susan L. Decker and captioned

8  *Brodsky v. Yahoo! Inc.*, No. 2:07-cv-03125-CAS-FMOx (the "Class Action").

9  3.   On October 5, 2007, this Court granted the parties' stipulation setting

10  forth a proposed schedule for the filing of an amended complaint and a briefing

11  schedule for Defendants' responses in light of the parties' agreement that this

12  Action should be coordinated with the schedule in the Class Action in the interests

13  of judicial economy.

14  4.   On November 20, 2007, this Court granted a stipulation submitted by

15  the parties in the Class Action setting forth a revised schedule for the filing of a

16  consolidated amended complaint in the Class Action and a briefing schedule for

17  the defendants' motion(s) to dismiss.

18  5.   The parties in this Action continue to believe that this Action should

19  be coordinated with the Class Action in the interests of judicial economy and agree

20  to the following revised schedule, subject to the Court's approval:

21     a.   Plaintiff shall file her Amended Complaint on or before January

22          11, 2008.

23     b.   Defendants shall have until March 21, 2008 to respond to the

24          Amended Complaint.

25     c.   If Defendants respond to the Amended Complaint by filing

26          motions to dismiss, Plaintiffs shall file any oppositions on or

27          before May 5, 2008.

28

-1-

1       d.    If Defendants file motions to dismiss, Defendants shall file any

2          reply briefs on or before June 4, 2008.

3       e.    Any motions to dismiss shall be noticed for hearing on

4          Monday, June 16, 2008, at 10:00 a.m.

Dated: November 2\_, 2007      MORRISON & FOERSTER LLP

By: _____

JUDSON E. LOBDELL

Attorneys for Nominal Defendant Yahoo! Inc., and Defendants Terry S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, Eric Hippeau, Edward R. Kozel, Robert A. Kotick, Roy J. Bostock, Gary L. Wilson, Ronald W. Burkle, and Vyomesh Joshi

Dated: November 29, 2007      JOHNSON BOTTINI, LLP

By: Frank Johnson    by _____ 223602 w/permission

FRANK JOHNSON

Attorneys for Plaintiff Jill Watkins

**IT IS SO ORDERED.**

Dated: 11/29/07      _Christina A. Snyder_

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-