United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATKINS,<br><br>      Plaintiff,<br><br>  v.<br><br>SEMEL, et al.,<br><br>      Defendants.<br>_____/ | No. C 08-02359 CW<br><br>CLERK'S NOTICE<br>CONTINUING CASE<br>MANAGEMENT<br>CONFERENCE |

    Notice is hereby given that the Case Management Conference, previously set for September 18, 2008, is continued to **October 2, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The joint Case Management Statement will be due one week prior to the conference.

Dated: 8/27/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk