JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (CSB #174882)
frankj@johnsonbottini.com
FRANCIS A. BOTTINI, JR. (CSB #175783)
frankb@johnsonbottini.com
BRETT M. WEAVER (CSB #204715)
brettw@johnsonbottini.com
DEREK J. WILSON (CSB #250309)
derekw@johnsonbottini.com
655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:   (619) 230-0063
Facsimile:   (619) 233-5535

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JILL WATKINS, Derivatively On Behalf of YAHOO! INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY S. SEMEL, SUSAN L. DECKER, ARTHUR H. KERN, JERRY YANG, ERIC HIPPEAU, EDWARD R. KOZEL, ROBERT A. KOTICK, ROY J. BOSTOCK, GARY L. WILSON, RONALD W. BURKLE, VYOMESH JOSHI, <br><br> Defendants, <br><br> -and- <br><br> YAHOO! INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No.  CV08-02359-CW <br> [Related to CV-08-02150] <br><br> **ORDER GRANTING STIPULATION EXTENDING PLAINTIFF'S TIME FOR FILING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

-1-
ORDER GRANTING STIPULATION EXTENDING PLAINTIFF'S TIME FOR
FILING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

-2-

Upon stipulation of the parties, and good cause appearing therefor, it is hereby ordered as follows:

1. Plaintiff shall have until January 12, 2008, to file her motion for leave to file an amended complaint;

2. Defendants shall file their opposition to Plaintiff's motion for leave to amend, on or before March 5, 2009;

3. Plaintiff shall file her reply on or before April 2, 2009;

4. The case management conference in this case, currently scheduled for February 26, 2009, at 2:00 p.m., is vacated and rescheduled to April 23, 2009, at 2:00 p.m.

5. The hearing on Plaintiff's motion for leave to file an amended complaint is scheduled for April 23, 2009 at 2:00 p.m.

Dated: 12/3/08   _____
UNITED STATES DISTRICT COURT JUDGE