1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
4  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105
   Telephone:   415-268-7000
7  Facsimile:   415-268-7522

8  Attorneys for Defendants and Nominal Defendant Yahoo! Inc.

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

| | |
|---|---|
| MIKE A. LEYTE-VIDAL, Derivatively on Behalf of Yahoo! Inc., <br><br> Plaintiff, <br><br> v. <br><br> TERRY S. SEMEL, SUSAN L. DECKER, ARTHUR H. KERN, JERRY YANG, DAVID FILO, ERIC HIPPEAU, ROBERT A. KOTICK, EDWARD R. KOZEL, ROY J. BOSTOCK, GARY L. WILSON, RONALD W. BURKLE, VYOMESH JOSHI, DANIEL L. ROSENSWEIG, FARZAD NAZEM, and MAGGIE WILDEROTTER, <br><br> Defendants, <br><br> -and- <br><br> YAHOO! INC., a Delaware Corporation, <br><br> Nominal Defendant. | **DERIVATIVE ACTION** <br><br> Case No. CV-08-02359-CW <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT AS MODIFIED** <br><br> [Civil L.R. 6-1, 7-12] |

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-02359-CW
sf-2706742

**STIPULATION**

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff Mike A. Leyte-Vidal, and Defendants Terry S. Semel, Susan L. Decker, Arthur H. Kern, Jerry Yang, David Filo, Eric Hippeau, Robert A. Kotick, Edward R. Kozel, Roy J. Bostock, Gary L. Wilson, Ronald W. Burkle, Vyomesh Joshi, Daniel L. Rosensweig, Farzad Nazem, and Maggie Wilderotter, and Nominal Defendant Yahoo!, Inc. (collectively, "Defendants"), through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, on June 18, 2009, the Court granted Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 44);

WHEREAS, on June 23, 2009, Plaintiff filed his Second Amended Verified Shareholder Derivative Complaint (the "Amended Complaint") (Docket No. 46);

WHEREAS, Defendants intend to move to dismiss the Amended Complaint and require additional time due to the length of the Amended Complaint and the complexity of the issues;

WHEREAS, the Court has granted one previous extension of time in this action pursuant to a stipulation of the parties, enlarging the briefing schedule on Plaintiff's motion for leave to file amended complaint (Docket No. 15).

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Defendants shall file their motions to dismiss the Amended Complaint on or before July 24, 2009.

2. Plaintiff shall file his oppositions to any motions to dismiss on or before August 26, 2009.

3. Defendants shall file their replies in support of their motions to dismiss on or before September 10, 2009.

4. A hearing on Defendants' motions to dismiss shall be held on September 24, 2009.

Dated: June 30, 2009                    MORRISON & FOERSTER LLP

                                        By: /s/ Anna Erickson White [e-filing signature]
                                            Attorneys for Defendants and Nominal
                                            Defendant Yahoo! Inc.

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-02359-CW                 1
sf-2706742

Dated: June 30, 2009

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
FRANK J. JOHNSON
BRETT M. WEAVER
DEREK J. WILSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  (619) 230-0063
Facsimile:  (619) 233-5535

By: /s/ Brett M. Weaver [e-filing signature]
    Attorneys for Plaintiff Mike A. Leyte-Vidal

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **The Case Management Conference set for 8/14/09 is continued to 9/24/09 at 2:00 p.m.  CMC statement due one week prior to conference.**

Date: ___7/14_____, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-02359-CW
sf-2706742

2

## ECF ATTESTATION

I, Samuel S. Song, am the ECF User whose ID and Password are being used to file:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT.**

In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Brett M. Weaver have concurred in this filing.

Dated:  June 30, 2009          MORRISON & FOERSTER LLP

By:  /s/ Samuel S. Song [e-filing signature]