JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (CSB 174882)
frankj@johnsonbottini.com
FRANCIS A. BOTTINI, JR. (CSB 175783)
frankb@johnsonbottini.com
BRETT M. WEAVER (CSB 204715)
brettw@johnsonbottini.com
DEREK J. WILSON (CSB 250309)
derekw@johnsonbottini.com
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 233-5535

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MIKE A. LEYTE-VIDAL, On Behalf of Herself and All Others Similarly Situated and Derivatively On Behalf of YAHOO! INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY S. SEMEL, SUSAN L. DECKER, ARTHUR H. KERN, JERRY YANG, DAVID FILO, ERIC HIPPEAU, EDWARD R. KOZEL, ROY J. BOSTOCK, GARY L. WILSON, RONALD W. BURKLE, VYOMESH JOSHI, DANIEL L. ROSEINWEIG, FARZAD NAZEM and MAGGIE WILDEROTTER, <br><br> Defendants, <br><br> -and- <br><br> YAHOO! INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. CV08-02359-CW <br> [Related to CV-08-02150] <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that under Federal Rule of Civil Procedure 41(a), Plaintiff Mike A. Leyte-Vidal voluntarily dismisses without prejudice the above-entitled action against all Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: July 16, 2009                JOHNSON BOTTINI. LLP

By:   /s/ Francis A. Bottini, Jr.
      FRANCIS A. BOTTINI, JR.
      E-Mail: frankb@johnsonbottini.com
*Attorneys for Plaintiff*